

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Emily C. Haigh
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
ehaigh@littler.com

July 14, 2021

**VIA ECF**

Judge Steven I. Locke
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Diaz vs. North Shore Farms: Case No. 21-cv-00880 (EK) (SIL)</u>

Dear Judge Locke:

We represent Defendant North Shore Farms in the above-referenced matter and write jointly with the Plaintiff to inform the Court that this action has been resolved in principle, pending execution of a full settlement agreement. We respectfully request that this matter be removed from the active calendar and that the court conference scheduled for July 21, 2021 be cancelled, and that the Parties be provided 60 days to file a stipulation of dismissal.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*Emily Haigh*

Emily C. Haigh

cc:    Counsel for Plaintiff (via ECF)