UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUYAPA ESCALANTE DIAZ,<br><br>                Plaintiff,<br><br>-against-<br><br>NORTH SHORE FARMS COMMACK LTD.,<br><br>                Defendant. | Civil Action No. 21-cv-00880<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the Complaint in this action shall be and hereby is dismissed with prejudice and without costs to any party.

PETER A. ROMERO ESQ.

By: _/s/ Peter A. Romero_
Peter A. Romero Esq.
825 Veterans Highway Ste B
Hauppauge, New York 11788
*Attorneys for Plaintiff*

Dated: 8/9, 2021

LITTLER MENDELSON, P.C.

By: _/s/ Emily Haigh_
Emily C. Haigh
900 Third Avenue – 8th Floor
New York, New York 10022
*Attorneys for Defendant*

Dated: July 18, 2021